# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>vs.<br><br>MATEO BLANCO SARDOMA<br><br>          Defendant. | CRIMINAL CASE NO.: 97-00027-001<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br><br>SEP - 9 2005<br><br>MARY L.M. MORAN<br>CLERK OF COURT |

**Re:** **Report and Order Terminating Term of Supervised Release**

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on July 18, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this ____ day of September 2005.

By: _____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**RECEIVED**

SEP - 7 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Karon V. Johnson, AUSA
    Michael F. Phillips, Defense Counsel
    File

****************************************************************************

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceeding in the case be terminated.

Dated this ____ day of September 2005.

_____
S. JAMES OTERO
Designated Judge
District Court of Guam

ORIGINAL